UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

### Case Number: 17-62111-CIV-MORENO

AARON DATA SYSTEMS, INC. and
OZCOIN, INC.,

       Plaintiffs,

vs.

GLD INTERNATIONAL, INC. d/b/a
CRYPTOGLD; CITIGOLD CORPORATION
LIMITED; JOHANNES BREYTENBACH;
GREGORY BREYTENBACH; JOHN
FOLEY; and MARK LYNCH,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

THE MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Dismiss for Forum Non-Conveniens, filed on **December 29, 2017**. The Magistrate Judge filed a Report and Recommendation **(D.E. 43)** on **March 23, 2018**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Barry S. Seltzer's Report and Recommendation is **AFFIRMED** and **ADOPTED**. With respect to the presumption of deference afforded to the Plaintiff's choice of forum, however, this Court finds that it need not decide whether to apply a lower standard of deference under *U.S.O. v. Mizuho Holding Co.*, 547

F.3d 749 (7th Cir. 2008) because Magistrate Judge Seltzer's report recognizes that "even if such a presumption [i.e. higher deference to American Plaintiffs] were to be granted, the Court must still consider the private and public factors that ultimately determine the propriety of Plaintiffs' chosen forum." (D.E. 43 at 9). As such, even if the court affords the American corporations a higher standard of deference as set forth in *SME Racks Inc. v. Sistemas Mecanicos Para Electronica, S.A.*, 382 F.3d 1097 (11th Cir. 2004), the private and public interest factors, as thoroughly analyzed by Judge Seltzer, still favor dismissal to Australia. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Dismiss for Forum Non-Conveniens is GRANTED, and the case is DISMISSED conditioned upon the following:

(1) Defendants will extend any applicable Australian statute of limitations by the number of days that will have passed starting on the date of filing of this case and ending on the date of dismissal of this suit, and

(2) Defendants will agree that they are subject to the jurisdiction of the Supreme Court of Queensland State, Australia for a suit reinstated in that court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___25___ of April 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record